**LEVI & KORSINSKY LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
Email: amccall@zlk.com
         aapton@zlk.com
445 South Figueroa St., 31st Floor
Los Angeles, CA  90071
Tel:  213/985-7290
Fax:  202/333-2121

*Attorneys for Lead Plaintiffs Sharyn McGowan, Kreling & Company I401k Plan, Matthew Kreling, and Ricardo Salias and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RODRIGUEZ, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>GIGAMON INC., PAUL A. HOOPER, and MICHAEL J. BURNS,<br><br>            Defendants. | CASE NO.: 5:17-cv-00434-EJD<br><br>**[PROPOSED] FINAL JUDGMENT IN FAVOR OF GIGAMON INC., PAUL A. HOOPER, and MICHAEL J. BURNS** |

1  WHEREAS, on July 11, 2018, the Court issued an order granting Defendants' motion to dismiss the First Amended Complaint (Dkt. No. 53) with leave to amend. Dkt. No. 66.

WHEREAS, Lead Plaintiffs Sharyn McGowan, Kreling & Company I401k Plan, Matthew Kreling, and Ricardo Salias have decided not to file an amended complaint pursuant to the July 11, 2018 order.

WHEREAS, each party has agreed to bear their own costs in connection with this action.

WHEREAS, this action is now dismissed with prejudice and judgment is hereby entered in favor of all Defendants.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____
The Honorable Edward J. Davila
United States District Judge